**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:15-mc-01825-ESH<br>MDL Docket No. 2665 |
| This Document Relates To:<br><br>*Marron v. McCormick & Co.*, 1:16-cv-0104<br>*Bunting v. McCormick & Co.,* 1:15-cv-2154<br>*Vladimirsky v. McCormick & Co.,* 1:15-cv-2215<br>*Ferreri v. McCormick & Co.*, 1:15-cv-2240 | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS MARRON, HILLA, ORTIZ, AND FERRERI PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by their undersigned attorneys, Plaintiffs Anne Marron, Nicholas Hilla, Bernard Ortiz, and Lillian Ferreri voluntarily dismiss themselves from the above-captioned litigation without prejudice to any rights that they may have individually and to their rights as unnamed members of the putative classes in the litigation.  Defendants have not yet filed either an answer or motion for summary judgment, making voluntary dismissal pursuant to Rule 41(a)(1) appropriate.  The voluntary dismissal is as to the specific plaintiffs identified herein only, and is not a dismissal of the ongoing multi-district litigation known as *In re McCormick & Company, Inc., Pepper Products Marketing and Sales Practices Litigation*, Civil Action No.: 1:15-mc-01825-ESH.

1

| | |
|---|---|
| Dated: September 7, 2016 | Respectfully submitted, |
| | By: */s/ Elizabeth A. Fegan* |

                                          Elizabeth A. Fegan
Daniel J. Kurowski
Mark T. Vazquez
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com
markv@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 248-5403
Facsimilie: (202) 580-6559
jenniferc@hbsslaw.com

*Co-Lead Counsel for Plaintiffs*

Scott A. Kamber
KAMBERLAW LLC
100 Wall Street, 23rd floor
New York, NY 10005
(212) 920-3072
(212) 202-6364 (fax)
skamber@kamberlaw.com

Deborah Kravitz
KAMBERLAW LLP
401 Center Street, Suite 111
Healdsburg, CA 95448
(707) 820-4247
dkravitz@kamberlaw.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2016, I caused to be electronically filed the foregoing *Notice of Voluntary Dismissal of Plaintiffs Marron, Hilla, Ortiz, and Ferreri Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel registered through CM/ECF.

                                                    */s/ Elizabeth A. Fegan*
                                                    Elizabeth A. Fegan